UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                              19 cr 560 (JGK)

JAMEEL ALSAEDI,                        **ORDER**

               Defendant.
-------------------------------------------------------------X

It is hereby ordered that Ezra Spilke, Esq., be appointed as counsel for the defendant, Jameel Alsaedi, for all purposes, replacing George R. Goltzer, Esq.

**SO ORDERED.**

                                                 _/s/ John G. Koeltl_
                                                **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           January 17, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020