UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                       19 Cr. 560 (JGK)

JAMEEL ALSAEDI,                   ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the conference on March 27, 2020, the defendant's application under 18 U.S.C. § 3142(i) is **denied without prejudice** to renewal.

SO ORDERED.

Dated:    New York, New York
          March 27, 2020

                                        John G. Koeltl
                                 United States District Judge