

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2020

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jameel Alsaedi*, 19 Cr. 560 (JGK)

Dear Judge Koeltl:

    A status conference presently is scheduled for April 6, 2020, at 4:30 p.m. Due to the COVID-19 pandemic and the additional time that the defendant and his counsel require to review the discovery materials in this case, the Government respectfully requests, jointly with the defendant, that the Court reschedule the status conference to a date and time convenient to the Court on or after June 1, 2020.

    Time presently is excluded under the Speedy Trial Act until April 6, 2020. The Government further respectfully requests, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 6, 2020, until the date of the rescheduled conference, to permit the defendant and his counsel to complete their review of the discovery materials in this case and allow the parties to discuss a potential pretrial resolution of the case.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    *Robert B. Sobelman*

    Mollie Bracewell
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-2218/2616

cc:  Ezra Spilke, Esq. (by ECF)