**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                                19-cr-560 (JGK)

**JAMEEL ALSAEDI,**                                      **ORDER**

            Defendant.
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The conference is adjourned to **July 13, 2020** at **10:30 A.M.** Because a continuance is needed for the defendant to review discovery and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **June 2, 2020,** until **July 13, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
               **June 2, 2020**                    /s/ John G. Koeltl
                                               **John G. Koeltl**
                                     **United States District Judge**