Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

August 4, 2020

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jameel Alsaedi*, No. 19-CR-560 (JGK)

Dear Judge Koeltl:

    I write to respectfully request the Court's assistance in obtaining health information about my client Jameel Alsaedi. I recently learned that Mr. Alsaedi may have tested positive for Covid-19. On July 31, I wrote to the Legal Department for the Metropolitan Correctional Center ("MCC") requesting the following information: whether Mr. Alsaedi indeed tested positive for Covid-19 and, if so, when did he test positive, what is his current condition, where is he now and what steps are being taken?

    I did not receive any response until today when the government kindly interceded on my behalf. MCC counsel Nicole McFarland informed the government, which then informed me, that I must supply a HIPAA-compliant release, which I promptly furnished to the MCC. The trail has once again gone cold.

    Accordingly, I respectfully request that the Court (1) direct the government to inform the Court and defense counsel promptly whether Mr. Alsaedi has tested positive for Covid-19 or is suspected of having contracted Covid-19 and, if so, when the positive result came back, what his current condition is, what steps are being taken to treat him and where he is now and (2) direct the Bureau of Prisons to fully cooperate with the government's efforts to obtain this information. Thank you for your considerate attention to this important matter.

Respectfully submitted,

*/s Ezra Spilke*
Ezra Spilke
*Counsel for Jameel Alsaedi*

---

The Government should assist defense counsel in obtaining the defendant's medical records, including any COVID-19 test results, and report to the Court on the status of the request. Any correspondence involving medical records can be filed under seal.
SO ORDERED.

New York, NY
August 5, 2020

/s/ John G. Koeltl
John G. Koeltl
U.S.D.J.