UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JAMEEL ALSAEDI

Defendant.

19 Cr. 560 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government should submit a report to the Court by **September 16, 2020** that describes the defendant's medical condition, treatment the MCC has provided to the defendant, the plans for the defendant's treatment by a gastroenterologist specialist, and the medications that are provided to the defendant.

SO ORDERED.

Dated:   New York, New York
         September 14, 2020

_____
John G. Koeltl
United States District Judge