**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------

**UNITED STATES OF AMERICA**

      - against -                                  19 Cr. 560 (JGK)

**JAMEEL ALSAEDI**                                          <u>ORDER</u>

            Defendant.
--------------------------------------

**JOHN G. KOELTL, District Judge:**

The Report from the Warden with respect to the defendant's condition is incomplete. Please forward the defendant's medical records so that they can be reviewed by defense counsel. In addition, the Warden's letter did not indicate what the physician's diagnosis was from the examination on September 15, 2020. Finally, the letter did not contain a medical statement that it was consistent with sound medical practice that the defendant's examination by a gastrointestinal specialist could wait for two or three weeks. The Government should provide the remaining information by **September 21, 2020.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **September 16, 2020**            <u>    /s/ John G. Koeltl    </u>
                                                              **John G. Koeltl**
                                                **United States District Judge**