**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                         19 Cr. 560 (JGK)

**JAMEEL ALSAEDI**                              <u>**ORDER**</u>

                **Defendant.**
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    On consent of the Government, the Court approves the bail package proposed by defense counsel in its September 25, 2020 letter. The Court will issue a formal Order tomorrow, but gives the parties notice now so that defense counsel can make arrangements to have the conditions of the bail package satisfied before the defendant's release.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **September 30, 2020**         __/s/ John G. Koeltl__
                                                **John G. Koeltl**
                                    **United States District Judge**