UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

JAMEEL ALSAEDI,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-1-20

19 cr 560 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

Upon the application of the defendant and without objection from the Government, the defendant is hereby released on the following conditions of bail:

A $400,000 personal recognizance bond, secured by $200,000 in real property and by the following co-signers: Gamal Alsaedi, the defendant's father; Haleem Alzandani, the defendant's brother-in-law; Kamal Alsaedi, the defendant's brother; Fikri Mohamed, the defendant's uncle; and Nuel Alsaedi, the defendant's wife. The defendant shall be subject to location monitoring and home detention, at the residence of the defendant's father, Mr. Gamal Alsaedi. Additional conditions shall include psychiatric treatment at an outpatient facility. The defendant's father shall guarantee the defendant's appearance in Court and at all psychiatric appointments. Travel is limited to the Southern, Eastern, and Northern Districts of New York. All of the conditions of bail shall be met before the defendant is released.

**SO ORDERED.**

Dated: New York, New York
       October 1, 2020

                                              John G. Koeltl
                                       United States District Judge