# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

July 1, 2021

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jameel Alsaedi*, No. 19 Cr. 560 (JGK)

Dear Judge Koeltl:

I write to respectfully request a thirty-day adjournment of sentencing and corresponding submission deadlines. I am still collecting records and letters in support of Mr. Alsaedi's sentencing submission.

Sentencing is scheduled for July 15. June 11 was the original date scheduled by the Court. This is the second request for an adjournment. The first was granted. I have conferred with AUSA Robert Sobelman, counsel for the government, and he consents to this request.

Respectfully submitted,

*/s Ezra Spilke*
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Jameel Alsaedi*

cc:   All counsel of record

*Handwritten note:* Sentence adjourned to Wednesday, September 15, 2021, at 4:30PM. So ordered. /s/ J.G. Koeltl, U.S.D.J. 7/2/21

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2021