**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jameel Alsaedi, 19 Cr. 560 (JGK)*

Dear Judge Koeltl:

*[Handwritten: The Government's sentencing submission should be submitted on ECF and by Fax no later than noon on October 30, 2021 to give the Court time to prepare for sentencing. So ordered. JG Koeltl U.S.D.J. 10/28/21]*

The Government respectfully submits this letter to request, with the defendant's consent, that the Government be permitted to file its sentencing submission on November 1, 2021.

On Monday, October 25, 2021, 11 days before the sentencing scheduled for Friday, November 5, 2021, at 11:00 a.m., the defendant filed his sentencing submission, which was 14 pages in length and included approximately 75 pages of exhibits. The Government understands that, under this Court's individual practices, the Government's sentencing submission is currently due today, Thursday, October 28, 2021, that is, eight days before sentencing. In order to provide the Government sufficient opportunity to formulate its position and respond to the defendant's submission, the Government respectfully requests that its time to file a sentencing submission be extended to Monday, November 1, 2021.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *Robert B. Sobelman*

Mollie Bracewell
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2218/2616

cc:  Ezra Spilke, Esq. (by ECF)