Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

           v.                          Docket No. 0208 1:19CR00560

Jameel Alsaedi

On November 05, 2021, the above named was placed on Supervised Release for a period of 36 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Jameel Alsaedi be discharged from Supervised Release.

Respectfully submitted,

by           _____

               Ji'vonne Gilmore
               U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___14TH___ day of ___September___ , 20 23.

               _____
               Honorable John G. Koeltl
               U.S. District Judge